Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Kwami Abdul-Bey |
| Debtor 2 (Spouse, if filing) | Clarice Abdul-Bey fka Clarice Kinchen |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS (State) |
| Case number | 4:19-bk-13044 |

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment filed on 3/10/2025. (Docket No. 87).**

### Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 7187

**Property Address:** 2718 Jadestone Drive
Number    Street

Sherwood, AR 72120
City                State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **3/1/2025**

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. Total. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___

| Debtor 1 | Kwami Abdul-Bey, Clarice Abdul-Bey fka Clarice Kinchen | Case number (if known) | 4:19-bk-13044 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

**Part 4:** Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:** Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Nancy Lee                                    Date  3/21/2025

Print: Nancy Lee                                   Title  Attorney for Creditor
       First Name   Middle Name   Last Name

Company  McCarthy & Holthus LLP

Address  One Union Plaza, 125 West Capitol, Ste. 865
         Number       Street
         Little Rock, AR 72201
         City State ZIP Code

Contact phone  214-291-3800                        Email  MHTbankruptcy@McCarthyHolthus.com

**CERTIFICATE OF SERVICE**

        I DO HEREBY CERTIFY that a true and correct copy of the foregoing Response was served on all parties listed below by U.S. Mail first class postage prepaid or electronically through the Court's ECF System at the email address registered with the Court on 3/21/2025.

By U.S. Mail:

| | |
|---|---|
| Kwami Abdul-Bey | Clarice Abdul-Bey |
| 2513 McCain Blvd., Ste. # 2-221 | 304 W. 8th Street |
| North Little Rock, AR 72116 | North Little Rock, AR 72114 |

Electronically through the Court's ECF System:

COUNSEL FOR DEBTOR(S)
John G. Phillips
Lion Legal
2800 Percy Machin
North Little Rock, AR 72114

TRUSTEE
Jack W. Gooding
P.O. Box 8202
Little Rock, AR 72221-8202

U.S. TRUSTEE
200 W Capitol, Ste. 1200
Little Rock, AR 72201

                                                            McCarthy & Holthus, LLP

                                                            */s/ Nancy Lee*
                                                            Nancy Lee
                                                            Atty file no.: AR-22-24077